IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JON WESLEY COHEN,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5884

_____/

Opinion filed May 12, 2017.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Diana L. Johnson, Johnson and Lufrano, P.A., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.